## HOWARD *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 13, September Term, 1966.]

*Decided December 16, 1966.*

Before HAMMOND, C. J., and HORNEY, MARBURY, BARNES and McWILLIAMS, JJ.

PER CURIAM.

The applicant, George Wesley Howard, was convicted by a jury of murder in the first degree in the Circuit Court for Howard County and sentenced to death on July 29, 1963. His conviction and sentence were affirmed by this Court in *Howard v. State,* 234 Md. 410. In this, his second application for leave to appeal under the Maryland Uniform Post Conviction Procedure Act, he contends that the Court should set aside his indictment and conviction under the ruling of *Schowgurow v. State,* 240 Md. 121, decided October 11, 1965. The Circuit Court for

728

Howard County, by Judge T. Hunt Mayfield, denied his application. We affirm the dismissal of the application for the reasons given in *Young v. Warden,* 245 Md. 76, 224 A. 2d 842.

*Order affirmed.*